UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

        -against-                                              16-cr-0212 (LAK)

LAQUAN PARRISH, a/k/a "Mad Dog", "Quanzaa", et al.,

                Defendants.
------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Clerk shall terminate Dkt 8 in 20-cv-3647, which was denied by a prior order filed in this case.

        SO ORDERED.

Dated:        October 20, 2025

                                                      Lewis A. Kaplan
                                                      United States District Judge